# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1052. STEPHEN NICHOLS v. THE STATE.**

A jury found Stephen Nichols guilty of multiple charges, including aggravated assault on a police officer, and his convictions were affirmed on appeal. See *Nichols v. State*, 363 Ga. App. 861 (873 SE2d 225) (2022). Thereafter, Nichols filed an extraordinary motion for new trial, which the trial court denied. Nichols then filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for a new trial must be made by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (7), (b); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists, Inc. v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Nichol's failure to follow the discretionary appeals procedure thus deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *Davis*, 182 Ga. App. at 737.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/21/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*